FILED
 2013 Oct-07  PM 04:02
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **JAMES CHANEY & TAMELA CHANEY,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. CV-13-S-1284-NW |
| ) | |
| **JP MORGAN CHASE BANK, N.A.,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

This action is before the court on the parties' joint motion to extend[1] for a period of ninety days the stay entered by this court on July 12, 2013.[2] The initial stay entered by this court is scheduled to expire on October 10, 2013.[3] As grounds for the motion for extension of that stay, the parties state that their efforts have been focused on reaching a resolution of this matter since the entry of this court's July 12, 2013 order.[4] Even so, those efforts include the time-consuming process of submitting and reviewing a loan modification application; and, as such, the parties request additional time to complete the analysis of the loan modification application, and to negotiate

---

[1] *See* doc. no. 10 (Joint Motion to Extend Stay).

[2] *See* doc. no. 9 (Memorandum Opinion and Order).

[3] *Id.*

[4] Doc. no. 10 (Joint Motion to Extend Stay) ¶ 3.

towards a potential settlement of the case.[5]  Upon consideration, the motion to extend the stay is GRANTED in part and DENIED in part.  It is ORDERED that all proceedings in this matter are stayed for a period of forty-five days from October 10, 2013.  NO FURTHER EXTENSIONS SHALL BE GRANTED.

DONE and ORDERED this 7th day of October, 2013.

_____
United States District Judge

---

[5] *Id.* ¶¶ 3-4.